Andrew J. NEWMAN, Claimant–Appellee,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellant.

Walter D. Kirk, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellant.

Junior M. Fones, Claimant–Appellee,

v.

Anthony J. Principi, Secretary of Veterans Affairs, Respondent–Appellant.

Nos. 03–7183, 03–7206, 03–7209.

United States Court of Appeals, Federal Circuit.

May 6, 2004.

Louis J. George, Principal Attorney, James W. Stewart, of Counsel, Washington, DC, for Claimant–Appellee.

Martin F. Hockey, Jr., Principal Attorney, Michael N. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellant.

Walter D. Kirk, of Counsel, Baltimore, MD, pro se.

Junior M. Fones, of Counsel, Gas City, IN, pro se.

---

SCHALL, Circuit Judge.

*ORDER*

The Secretary of Veterans Affairs moves to vacate the Court of Appeals for Veterans Claims' decisions in *Newman v. Principi,* 01–0945 (April 24, 2003), *Kirk v. Principi,* 01–1799 (May 29, 2003), and *Fones v. Principi,* 02–298 (June 12, 2003) and remand the cases for further proceedings consistent with this court's decision in *Conway v. Principi,* 353 F.3d 1369 (Fed. Cir.2004). Andrew J. Newman responds and states that he does not oppose.* Walter D. Kirk and Junior M. Fones have not responded.

To the extent the Secretary requests remand for consideration of additional issues not related to *Conway,* the court makes no ruling. These issues may be raised before the Court of Appeals for Veterans Claims on remand.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions to vacate and remand are granted.

---

* Before filing the motions to vacate and remand, the Secretary requested continuations of the stays in the above captioned appeals.

Before filing his response, Newman requested an extension of time to file his response. Those motions are granted.